RICHARD D. ESPER
Attorney for Petitioner
801 North El Paso Street, Ste. 225
El Paso, TX 79902
(915) 544-3132
SBN: 06667500

# IN THE UNITED STATES DISTCICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **IRVING ALVIN DAVIS** | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | No.  EP:14-CV-121-KC |
| | § | |
| **WILLIAM STEPHENS,** | § | |
| **Director, Texas Dept. of Criminal** | § | |
| **Justice, Correctional Institutions** | § | |
| **Division** | § | |
|     Respondent. | § | |

## THIRD ADVISORY NOTICE TO THE COURT

TO THE HONORABLE KATHLEEN CARDONE, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS:

    COMES NOW, the Petitioner, IRVING ALVIN DAVIS, who by and through his undersigned lawyers files the following Third Advisory Notice to the Court in the above entitled and numbered cause.

    (1) Petitioner incorporates herein the matters recited in his Advisory Notice filed with the Court on February 20, 2020 and the Second Advisory Notice filed with the Court on May 12, 2020.

    (2) That in Petitioner's Second Advisory Notice, he advised the Court that on May 1, 2020[1] he filed with the Texas Court of Criminal Appeals a Motion for Reconsideration of its Order Dismissing his Application for Writ of Habeas Corpus

wherein he also requested in paragraphs III and IV, that if the Motion for Reconsideration were denied, that the Court agree that the Petitioner had exhausted all of his State Remedies.

(3) That on June 24, 2020, the Texas Court of Criminal Appeals, in the same cursory manner as its opinion, denied Petitioner's request for a reconsideration/rehearing.  It did not address the issue involving Petitioner having exhausted his State remedies (see attachment).

Respectfully submitted,

_/s/Richard D. Esper_____
RICHARD D. ESPER
Attorney for Petitioner


____/s/_____
JOE SPENCER
Attorney for Petitioner
1009 Montana
El Paso, TX 79902
(915)532-5562
SBN: 18921801


_____/s/_____
MATTHEW STIEGLER
Attorney for Petitioner
7145 Germantown Ave., Ste. 2
Philadelphia, PA 19119
(215) 242-1450

---

[1] The Second Advisory Notice incorrectly noted May 6, 2020, as the date the Motion for Reconsideration was filed.